**ORIGINAL**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.

Carl Randall Upton, Jr.

_Defendant_

)
)
)
)
)
)

Case No.    4:26cr33

FID: 11953406

RECEIVED
UNITED STATES MARSHAL
2026 APR 23 A 10: 23
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Carl Randall Upton, Jr.                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

  T.18:1343 and 2 - Wire Fraud

Date:       04/23/2026

City and state:    Newport News, VA

_Issuing officer's signature_

Robert J. Krask, U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |

_Arresting officer's signature_

_Printed name and title_

Warrant executed in Northern District of Georgia, Atlanta on 04/27/2026